IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RONALD HUSBAND**                                                **PETITIONER**

**VERSUS**                                **CIVIL ACTION NO. 1:10-cv-466HSO-JMR**

**JOHNNY DENMARK**                                    **RESPONDENT**

**ORDER ADOPTING REPORT AND RECOMMENDATIONS,
DENYING PETITION FOR WRIT OF HABEAS CORPUS, AND
DISMISSING ACTION WITH PREJUDICE**

This matter is before the Court on the Report and Recommendations [14] of Chief Magistrate Judge John M. Roper, entered in this cause on March 23, 2012. The Magistrate recommended that Petitioner Ronald Husband's Petition [1] for Writ of Habeas Corpus be denied.  *See* Rep. and Rec. at p. 12.  To date, Petitioner has not filed any objection to the Report and Recommendations.[1]  Where a party fails to file specific objections to a magistrate's report and recommendations, the district court reviews the report and recommendations for findings and conclusions that are clearly erroneous or contrary to law.  28 U.S.C. § 636(b)(1); *see United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court finds that the Magistrate Judge properly recommended that the Petition be dismissed.  After referral of hearing by this Court, no objections having been filed as to the Report and Recommendations, and the Court, having fully reviewed the same as well as the record and relevant law in this matter, and being fully advised in the premises, finds that the Report and Recommendations should

---

[1] By Text Order dated April 16, 2012, Petitioner was granted an extension of time to file Objections.  *See* April 16, 2012, Text Order.

be adopted in their entirety as the opinion of this Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Report and Recommendations [14] of Chief Magistrate Judge John M. Roper, entered in this cause on March 23, 2012, are adopted in their entirety as the findings of this Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, the Petition for Writ of Habeas Corpus [1] filed by Petitioner Ronald Husband pursuant to 28 U.S.C. § 2254 should be and is **DENIED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, this action is **DISMISSED WITH PREJUDICE**.  A separate judgment will be entered in accordance with this Order as required by FED. R. CIV. P. 58.

**SO ORDERED AND ADJUDGED**, this the 6th day of June, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE